UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**COL. ELORIS WILLIAMS PRESLEY**
**A/K/A LORI LAURIE E. WILLIAMS**

**VERSUS**

**RCA, ET AL**

**CIVIL ACTION**

**NO. 07-508-RET-CN**

# N O T I C E

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have ten (10) days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written recommendations within ten (10) days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in chambers in Baton Rouge, Louisiana, October 23, 2007.

**MAGISTRATE JUDGE CHRISTINE NOLAND**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**COL. ELORIS WILLIAMS PRESLEY**
**A/K/A LORI LAURIE E. WILLIAMS**

**VERSUS**

**RCA, ET AL**

CIVIL ACTION

NO. 07-05-259-M2

**REPORT AND RECOMMENDATION**

Plaintiff, Lori Laurie e. Williams, brings this action against RCA, Sony, BMG and Joe Galante. Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis and a complaint which was difficult to discern. A show cause hearing, or a *Spears* hearing was set for September 4, 2007, in order for plaintiff to explain her complaint. *Spears v. McCotter,* 766 F.2d 179 (5th Cir. 1985). Plaintiff failed to show for the hearing, so another show cause hearing was set for September 17, 2007 for plaintiff to not only explain her complaint, but also to explain why she failed to show for the first hearing. Plaintiff again failed to appear for the hearing on September 17 and the record shows that notice was sent to her on both occasions telling her to personally appear for the hearings.

Under 28 U.S.C. §1915(e)(2), the court shall dismiss an action brought in forma pauperis if the court determines that the action is frivolous or malicious, or fails to state a claim on which relief may be granted. 28 U.S.C. §1915(e)(2)(B)(i) & (ii); Green v. McKaskle, 788 F.2d 1116 (5th Cir. 1986); Spears v. McCotter, 766 F.2d 179 (5th Cir. 1985). The pleadings in this action fail to show that "there is an arguable factual and legal basis ... for the asserted wrong." See, Cay v. Estelle, 789 F.2d 318 (5th Cir. 1986); Watson v. Ault, 525 F.2d 886 (5th Cir. 1976).

Based on allegations as alleged in the complaint, plaintiff alleges that she recorded a record with Elvis Presley in 1999 and she wants her royalties. According to sources on the World Wide Web, Mr. Presley died on August 16, 1977 and, considering the recent celebration of the 30th anniversary of Mr. Presley's death, the Court will take judicial notice that Mr. Presley was deceased in 1999 and not capable of personally recording with plaintiff, and this matter will be dismissed as frivolous.

Further, this matter should be dismissed for failure to appear for either of the show cause hearings.

## **RECOMMENDATION**

It is the recommendation of the magistrate judge that this action be dismissed as frivolous under 28 U.S.C. §1915(e)(2)(B)(i) and for failure to appear for the hearings.

Signed in chambers in Baton Rouge, Louisiana, October 23, 2007.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**