UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

COL. ELORIS WILLIAMS PRESLEY

VERSUS

RCA, ET AL

CIVIL ACTION

NO. 07-508-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 23, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this action will be dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) and for failure to appear for the hearings.

Baton Rouge, Louisiana, November *16*, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA